IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL,<br>912 Strawberry Court<br>Purcellville, VA 20132 | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No.: |
| v. | )<br>) | |
| HILLARY RODHAM CLINTON,<br>in her official capacity as U.S.<br>Secretary of State,<br>2201 C Street N.W.<br>Washington, D.C. 20520, | )<br>)<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| U.S. DEPARTMENT OF STATE,<br>2201 C Street N.W.<br>Washington, D.C. 20520, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

### APPLICATION FOR THREE-JUDGE COURT

Plaintiff, David Rodearmel, by counsel and pursuant to Local Rule 9.1, hereby submits this application for a three-judge panel in the above-captioned matter. As grounds therefor, Plaintiff states as follows:

### MEMORANDUM OF LAW

This action contests the constitutionality of the appointment and continuance in office of Secretary of State Hillary Rodham Clinton on the ground that such appointment and continuance in office is in violation of article I, section 6, clause 2, of the U.S. Constitution. Pursuant to Public Law No. 110-455, 122 Stat. 5036 (2008), any such challenge shall be heard and

determined by a three-judge panel in accordance with 28 U.S.C. § 2284. *Id.* at § 1(b)(2) (see attached Exhibit A). Accordingly, pursuant to Local Rule 9.1, Plaintiff respectfully requests that a three-judge court be convened to adjudicate this matter. A proposed order consistent with this request is attached.

Dated: January 29, 2009

Respectfully submitted,

JUDICIAL WATCH, INC.

Paul J. Orfanedes
D.C. Bar No. 429716

James F. Peterson
D.C. Bar No. 450171
Suite 500
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5172

*Attorneys for Plaintiff*

**EXHIBIT A**

LEXSEE 122 STAT 5036

UNITED STATES PUBLIC LAWS
110th Congress -- 2nd Session
(c) 2008, LEXIS-NEXIS, A DIVISION OF REED ELSEVIER INC. AND REED ELSEVIER PROPERTIES INC.

PUBLIC LAW 110-455 [S.J. Res. 46]
DEC. 19, 2008

110 P.L. 455; 122 Stat. 5036; 2008 Enacted S.J. Res. 46; 110 Enacted S.J. Res. 46

BILL TRACKING REPORT:     110 Bill Tracking S.J. Res. 46
FULL TEXT VERSION(S) OF BILL:  110 S.J. Res. 46

Joint Resolution

Ensuring that the compensation and other emoluments attached to the office of Secretary of State are those which were in effect on January 1, 2007.

Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,

[*1] SECTION 1. COMPENSATION AND OTHER EMOLUMENTS ATTACHED TO THE OFFICE OF SECRETARY OF STATE.

(a) In General.--The compensation and other emoluments attached to the office of Secretary of State shall be those in effect January 1, 2007, notwithstanding any increase in such compensation or emoluments after that date under any provision of law, or provision which has the force and effect of law, that is enacted or becomes effective during the period beginning at noon of January 3, 2007, and ending at noon of January 3, 2013.

(b) Civil Action and Appeal.--

(1) Jurisdiction.-- Any person aggrieved by an action of the Secretary of State may bring a civil action in the United States District Court for the District of Columbia to contest the constitutionality of the appointment and continuance in office of the Secretary of State on the ground that such appointment and continuance in office is in violation of article I, section 6, clause 2, of the Constitution. The United States District Court for the District of Columbia shall have exclusive jurisdiction over such a civil action, without regard to the sum or value of the matter in controversy.

(2) Three judge panel.-- Any claim challenging the constitutionality of the appointment and continuance in office of the Secretary of State on the ground that such appointment and continuance in office is in violation of article I, section 6, clause 2, of the Constitution, in an action brought under paragraph (1) shall be heard and determined by a panel of three judges in accordance with section 2284 of title 28, United States Code. It shall be the duty of the district court to advance on the docket and to expedite the disposition of any matter brought under this subsection.

(3) Appeal.----

(A) Direct appeal to supreme court.--An appeal may be taken directly to the Supreme Court of the United States from any interlocutory or final judgment, decree, or order upon the validity of the appointment and continuance in office of the Secretary of State under article I, section 6, clause 2, of the Constitution, entered in any action brought under this subsection. Any such appeal shall be taken by a notice of appeal filed within 20 days after such judgment,

Case 1:09-cv-00171-RBW-KLH-JR   Document 2   Filed 01/29/09   Page 5 of 5

110 P.L. 455, *1; 122 Stat. 5036;
2008 Enacted S.J. Res. 46; 110 Enacted S.J. Res. 46

decree, or order is entered.

    (B) Jurisdiction.--The Supreme Court shall, if it has not previously ruled on the question presented by an appeal taken under subparagraph (A), accept jurisdiction over the appeal, advance the appeal on the docket, and expedite the appeal.

    (c) Effective Date.--This joint resolution shall take effect at 12:00 p.m. on January 20, 2009.

Speaker of the House of Representatives.
Vice President of the United States and President of the Senate.