**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
DAVID C. RODEARMEL,             )
                                                    )
            Plaintiff,          )
                                                    )
     v.                              )      Civil Action No. 09-171  (RBW)
                                                    )
HILLARY R. CLINTON,            )
Secretary of State,                  )
and UNITED STATES              )
DEPARTMENT OF STATE,       )
                                                    )
            Defendants.      )
_____)

**ORDER**

       The Court having considered the Application for Three-Judge Court filed by the plaintiff, and it appearing to the Court that the application must be granted pursuant to Pub. L. 110-455 (2008), it is

       **ORDERED** that the application is **GRANTED**.  It is further

       **ORDERED** that a copy of this order shall be transmitted forthwith to the Clerk of the Court of the United States Circuit Court for the District of Columbia Circuit for referral to the Chief Judge of that court so that he may appoint the other members of the three-judge panel that will preside over this case.

       **SO ORDERED** this 2nd day of February, 2009.

                                                    REGGIE B. WALTON
                                                    United States District Judge