# United States Court of Appeals
### For The District of Columbia Circuit

No. 431
September Term, 2008
09cv171

David C. Rodearmel,

    Plaintiff,

    v.

Hillary R. Clinton, et al.,

    Defendants.

United States Court of Appeals
For the District of Columbia Circuit

FILED FEB 0 4 2009

**FILED**
FEB - 6 2009
Clerk, U.S. District and Bankruptcy Courts

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Reggie B. Walton, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Karen LeCraft Henderson, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable James Robertson, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Reggie B. Walton as members of the court to hear and determine this case. Judge Henderson will preside.

David B. Sentelle
Chief Judge

Date: 02/04/2009