# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00171-RBW-JR |
| | ) | |
| v. | ) | Honorable Karen LeCraft Henderson |
| | ) | Honorable James Robertson |
| HILLARY RODHAM CLINTON, et al. | ) | Honorable Reggie B. Walton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), Plaintiff hereby moves the Court to enter summary judgment in Plaintiff's favor. The bases for this Motion are set forth in the accompanying document entitled "Opposition to Defendants' Motion to Dismiss and Plaintiff's Memorandum In Support of His Cross-Motion for Summary Judgment." A statement of material facts not is dispute also is being submitted.

                                                              Respectfully submitted,

                                                              JUDICIAL WATCH, INC.

                                                              /s/ Paul J. Orfanedes
                                                              D.C. Bar No. 492716

                                                              /s/ James F. Peterson
                                                               D.C. Bar No. 450171

                                                              501 School Street, S.W., Suite 700
                                                              Washington, D.C. 20024
                                                              (202) 646-5172

July 2, 2009                                                              *Attorneys for Plaintiff*