IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00171-RBW-JR |
| | ) | |
| v. | ) | Honorable Karen LeCraft Henderson |
| | ) | Honorable James Robertson |
| HILLARY RODHAM CLINTON, et al. | ) | Honorable Reggie B. Walton |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF DAVID C. RODEARMEL

I, David C. Rodearmel, hereby declare as follows:

1. I have been a commissioned U.S. Foreign Service Officer at the U.S. Department of State since 1991.

2. As a commissioned U.S. Foreign Service Officer, I serve under, take direction from, and report to the U.S. Secretary of State. I currently hold the rank of FSO O-2.

3. I have faithfully served under six prior Secretaries of State of both parties, and under eight Presidents since first taking the oath to uphold the Constitution as a young Army officer cadet.

4. I am also a retired U.S. Army Judge Advocate General Reserve Officer with the rank of Lieutenant Colonel. Prior to becoming a Foreign Service Officer, I served as a military lawyer and an intelligence officer in the U.S. Army. I have received numerous awards and commendations from both the U.S. Department of State and the U.S. military. I also have had numerous teaching assignments, including serving as an Assistant Professor of Political Science at the U.S. Air Force Academy, and as an Instructor of International Law, U.S. Constitutional

1

Law, and other legal areas for the Defense Institute of International Legal Studies and the University of Maryland Berlin Education Center. I hold a Bachelor of Arts degree from Brigham Young University in Provo, Utah, a Juris Doctorate from the University of Washington in Seattle, Washington, a Master of Laws from the Judge Advocate General's School, U.S. Army, in Charlottesville, Virginia, and a Master of Arts degree from the U.S. Naval War College in Newport, Rhode Island.

5. I am being aggrieved by the actions of Mrs. Clinton and the U.S. Department of State. Namely, I am being required to serve under, take direction from, and report to Mrs. Clinton, who is constitutionally ineligible to be appointed to or serve as U.S. Secretary of State until at least 2013, when her current U.S. Senate term expires.

6. I am also being harmed in my employment by being required to serve under, take direction from, and report to Mrs. Clinton. This is because being required to serve under, take direction from, and report to a constitutionally ineligible superior is in direct and unequivocal conflict with the oath I took to defend and bear true faith and allegiance to the U.S. Constitution and to faithfully discharge the duties of my office.

7. Because Mrs. Clinton is constitutionally ineligible to serve as U.S. Secretary of State, I cannot serve under Mrs. Clinton without violating my oath. Should I refuse to serve under, take direction from, or report to Mrs. Clinton, I would be at substantial risk of disciplinary action, including removal, for insubordination or other related grounds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 1, 2009 in PURCELLVILLE, VIRGINIA.

David C. Rodearmel

2