IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00171-RBW-JR |
| | ) | |
| v. | ) | Honorable Karen LeCraft Henderson |
| | ) | Honorable James Robertson |
| HILLARY RODHAM CLINTON, et al. | ) | Honorable Reggie B. Walton |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S RULE 7(h) STATEMENT OF MATERIAL FACTS
NOT IN DISPUTE IN SUPPORT OF PLAINTIFF'S
<u>CROSS-MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7(h), respectfully submits the following Statement of Material Facts No in Dispute in Support of Plaintiff's Cross-Motion for Summary Judgment:

1. On January 21, 2009, Hillary Rodham Clinton was sworn in as U.S. Secretary of State. Prior to this, Mrs. Clinton served as a U.S. Senator from the State of New York. Defendants' Memorandum in Support of Defendants' Motion to Dismiss ("Defs. Mem.") at 2. Mrs. Clinton was elected to her first, six-year term in the U.S. Senate in November 2000. *Id.* She was reelected to a second, six-year term in the U.S. Senate in November 2006. *Id.* Her second term in the U.S. Senate began in January 2007 and does not expire until January 2013. *Id.*

2. During Mrs. Clinton's tenure in the U.S. Senate, the compensation paid to the U.S. Secretary of State increased several times, including as many as three times since Mrs. Clinton began her second, six-year term in the U.S. Senate in January 2007: (i) by Executive

Order 13420, issued December 21, 2006, the U.S. Secretary of State's salary was increased to $186,600, effective on the first day of the first applicable pay period beginning on or after January 1, 2007; (ii) by Executive Order 13454, issued January 4, 2008, the U.S. Secretary of State's salary was increased to $191,300, effective on the first day of the first applicable pay period beginning on or after January 1, 2008; and (iii) by Executive Order 13483, issued on December 18, 2008, the U.S. Secretary of State's salary was increased to $196,700, effective on the first day of the first applicable pay period beginning on or after January 1, 2009. Defs. Mem. at 2 n.2.

    3.    The U.S. Constitution states, in pertinent part:

> No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

U.S. Const., art. I, § 6, cl. 2.

    4.    The office of U.S. Secretary of State is a "civil Office under the Authority of the United States" as described in article I, section 6, clause 2 of the U.S. Constitution, and the "emoluments" of that office increased during the time Mrs. Clinton was elected to serve and did serve as U.S. Senator from the State of New York. Defs. Mem. at 2 n.2.

    5.    The U.S. Congress recognized the restrictions article I, section 6, clause 2 of the U.S. Constitution places on Mrs. Clinton's eligibility to serve as the U.S. Secretary of State, when, on December 10, 2008, it passed a Joint Resolution, effective at noon on January 20, 2009, reducing the "compensation and other emoluments" of the office of the U.S. Secretary of State to those in effect on January 1, 2007:

    Section 1.  COMPENSATION AND OTHER EMOLUMENTS ATTACHED TO

THE OFFICE OF THE SECRETARY OF STATE.

(a)  In General. -- The compensation and other emoluments attached to the office of Secretary of State shall be those in effect January 1, 2007, notwithstanding any increase in such compensation or emoluments after that date under any provision of law, or provision which has the force and effect of law, that is enacted or becomes effective during the period beginning at noon of January 3, 2007, and ending at noon of January 3, 2013.

*See* Public Law No. 110-455, 122 Stat. 5036. The Joint Resolution was signed by President George W. Bush and became law on December 19, 2008. Defs. Mem. at 2.

6. As a commissioned U.S. Foreign Service Officer, Plaintiff serves under, takes direction from, and reports to the U.S. Secretary of State. Declaration of David C. Rodearmel ("Rodearmel Decl.") at ¶ 2.

7. Plaintiff has been a commissioned U.S. Foreign Service Officer at the U.S. Department of State since 1991. Rodearmel Decl. at ¶ 1. He currently holds the rank of FSO O-2. *Id.* at ¶ 2. Plaintiff also is a retired U.S. Army Judge Advocate General Reserve Officer with the rank of Lieutenant Colonel. *Id.* at ¶ 4. Prior to becoming a Foreign Service Officer, Plaintiff served as a military lawyer and an intelligence officer in the U.S. Army. *Id.* Plaintiff has received numerous awards and commendations from both the U.S. Department of State and the U.S. military. *Id.* Plaintiff also has had numerous teaching assignments, including serving as an Assistant Professor of Political Science at the U.S. Air Force Academy, and as an Instructor of International Law, U.S. Constitutional Law, and other legal areas for the Defense Institute of International Legal Studies and the University of Maryland Berlin Education Center. Plaintiff holds a Bachelor of Arts degree from Brigham Young University in Provo, Utah, a Juris Doctorate from the University of Washington in Seattle, Washington, a Master of Laws from the Judge Advocate General's School, U.S. Army, in Charlottesville, Virginia, and a Master of Arts

degree from the U.S. Naval War College in Newport, Rhode Island. *Id.*

8.  Plaintiff took an oath to defend and bear true faith and allegiance to the U.S. Constitution and to faithfully discharge the duties of his office. Defs. Mem. at 8, 10; Rodearmel Decl. at ¶ 6.

9.  Should Plaintiff refuse to serve under, take direction from, or report to Mrs. Clinton, Plaintiff would be at substantial risk of disciplinary action, including removal, for insubordination or other, related grounds. Rodearmel Decl. at ¶ 7.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/  Paul J. Orfanedes
D.C. Bar No. 492716

/s/  James F. Peterson
D.C. Bar No. 450171

501 School Street, S.W., Suite 700
Washington, D.C.  20024
(202) 646-5172

July 2, 2009                                *Attorneys for Plaintiff*