# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00171-RBW-JR |
| | ) | |
| v. | ) | Honorable Karen LeCraft Henderson |
| | ) | Honorable James Robertson |
| HILLARY RODHAM CLINTON, et al. | ) | Honorable Reggie B. Walton |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

Upon review of the Plaintiff's opposition to the motion to dismiss and Plaintiff's motion for summary judgment, it is hereby ORDERED that:

1. Defendant's motion to dismiss is denied; and

2. Plaintiff's motion for summary judgment is granted

Dated: _____
Distribution: via ECF