leave to file a memorandum as *amici curiae*, it is hereby ORDERED that: