# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00171-RBW-JR |
| | ) | |
| v. | ) | Honorable Karen LeCraft Henderson |
| | ) | Honorable James Robertson |
| HILLARY RODHAM CLINTON, et al. | ) | Honorable Reggie B. Walton |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

Upon review of the motion of professors of linguistics for leave to file a memorandum as *amici curiae* and Plaintiff's opposition thereto, it is hereby ORDERED that:

The motion for leave is denied

Dated: _____
Distribution: via ECF