# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID C. RODEARMEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-171 |
| ) | |
| HILLARY RODHAM CLINTON, ) | |
| Secretary of State, and ) | |
| UNITED STATES DEPARTMENT OF ) | |
| STATE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with a memorandum opinion issued on this same date, it is

**ORDERED** that the defendants' motion to dismiss is **GRANTED**. It is further

**ORDERED** that the plaintiff's cross-motion for summary judgment is **DENIED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 29th day of October, 2009.

KAREN LECRAFT HENDERSON
United States Circuit Judge

REGGIE B. WALTON
United States District Judge

JAMES ROBERTSON
United States District Judge