IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID C. RODEARMEL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00171-RBW-JR |
| | ) | |
| v. | ) | Honorable Karen LeCraft Henderson |
| | ) | Honorable James Robertson |
| HILLARY RODHAM CLINTON, et al. | ) | Honorable Reggie B. Walton |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that David C. Rodearmel, plaintiff in the above-named case, hereby appeals to the United States Supreme Court from the October 29th, 2009 order dismissing this action. Direct appeal to the Supreme Court in this matter is proper pursuant to 5 U.S.C. § 5312 note (Pub. L. No. 110-455, § 1(b)(3)(A), 122 Stat. 5035).

        Respectfully submitted,

        JUDICIAL WATCH, INC.

        /s/ Paul J. Orfanedes
        D.C. Bar No. 492716

        /s/ James F. Peterson
        D.C. Bar No. 450171
        501 School Street, S.W., Suite 700
        Washington, D.C. 20024
        (202) 646-5172

Dated: November 3, 2009        *Attorneys for Plaintiff*