# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 9, 2010

Clerk
United States District Court
  for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC  20001

>  Re:  David C. Rodearmel
>       v. Hillary Rodham Clinton, Secretary of State, et al.
>       No. 09-797  (Your docket No. 09-171)

Dear Clerk:

   Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                              Sincerely,

                              WILLIAM K. SUTER, Clerk

                              By  *[signature]*

                              Elizabeth Brown
                              Judgments/Mandates Clerk

Enc.
cc:    Paul J. Orfanedes, Esq.
       Acting Solicitor General

# Supreme Court of the United States

No.    09-797

DAVID C. RODEARMEL,                                              Appellant

v.

HILLARY RODHAM CLINTON,
SECRETARY OF STATE, ET AL.

**ON APPEAL FROM** the United States District Court for the District of Columbia.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the District Court dismissed for lack of standing, 666 F. Supp. 2d 123, 127-131, and n. 10 (DC 2009), so it did not enter "any interlocutory or final judgment, decree, or order upon the validity of the appointment and continuance in office of the Secretary of State under article I, section 6, clause 2, of the Constitution." Joint Resolution on Compensation and Other Emoluments Attached to the Office of the Secretary of State, §1(b)(3) (A), Pub. L. 110-455, 122 Stat. 5036, note following 5 U.S.C. §5312.  The appeal is therefore dismissed for want of jurisdiction.

June 7, 2010



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: